# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3707

_____

Timothy Joseph Carroll,

*Plaintiff - Appellant*,

v.

Norfolk Regional Center; Rosetta McAllister, RN; Tom Barr, Manager; Mike Eppman, Social Worker; Don Witmar, Head Compliance Specialist; Kristine Boe Simmons, Co-Manager/Assistant Manager; Diane Schumacher, Head Nurse Supervisor; Nebraska State Patrol; NSP Sergeant Rowe,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: August 22, 2022
Filed: August 25, 2022
[Unpublished]

_____

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Timothy Carroll, an involuntarily committed patient in a sex offender treatment program at Norfolk Regional Center in Nebraska, appeals a decision of the district

court.[1]  The court granted summary judgment for the defendants in an action brought under 42 U.S.C. § 1983.  Upon careful de novo review, we agree with the district court that the Center's policy did not violate clearly established law.  *See Beaulieu v. Ludeman*, 690 F.3d 1017, 1038-41 (8th Cir. 2012).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.